Attorney:

**JOSEPH & NORINSBERG, LLC**
110 EAST 59TH STREET SUITE 2300
NEW YORK NY 10022


738430

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

PRIMITIVO ROBLES, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED
    Plaintiff

GREENHAUS BOUTIQUE LLC
    Defendant

Index / case #: 1:24-CV-07528

## AFFIDAVIT OF SERVICE

_MORRIS_ County, State of: _NEW JERSEY_    _ALFRED SOTO_ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _NEW JERSEY_
On _10/15/24_ at _12:00_ am/**pm** at: 200 MAIN STREET UNIT 6 FORT LEE NJ 07024
Deponent served the within: SUMMONS & CLASS ACTION COMPLAINT

On which were set forth the Index No., herein, and date of filing

**On:** GREENHAUS BOUTIQUE LLC C/O VLADIMIR MPEREY
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to: _____
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence
    [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence
    [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[✓] **Corporation or Partnership** — By delivering thereat a true copy of each to: _Michael M. Perez_
personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[✓] **Description** 
[✓] Male    [✓] White skin    [✓] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
[ ] Female    [✓] Black skin    [ ] Brown hair    [ ] 21-35 Yrs    [✓] 5'0"-5'3"    [ ] 100-130 Lbs
     [ ] Yellow skin    [ ] Gray hair    [✓] 36-50 Yrs    [ ] 5'4"-5'8"    [ ] 131-160 Lbs
     [ ] Brown skin    [ ] Blonde hair    [ ] 51-65 Yrs    [ ] 5'9"-6'0"    [ ] 161-200 Lbs
     [ ] Red skin    [ ] Red hair    [ ] Over 65 Yrs    [✓] Over 6'    [✓] Over 200 Lbs
Other Identifying Features _____

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Subpoena Fee Tendered in the amount of** _____
[X] XXMICHAEL PEREZ REPRESENTED AUTHORITY TO ACCEPT SERVICE BY THE FACT OF PHYSICALLY TAKING THE PAPERS ON BEHALF OF THE DEFENDANT AND NOT GIVING THEM BACK.

Sworn to before me on _10/24/2024_
_Patricia Knapp_

(Print name below signature)
_Alfred Soto_

PATRICIA E KNAPP
Notary Public, State of New Jersey
Comm. # 2447530
My Commission Expires 06/25/2029

File No.  1:24-CV-07528

Work Order No.  738430

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Primitivo Robles, on behalf of himself and all others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 24-7528 |
| Greenhaus Boutique LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Greenhaus Boutique LLC
c/o Vladimir Mperey
200 Main Street, Unit 6
Fort Lee, NJ 07024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jon L. Norinsberg, Esq.
JOSEPH & NORINSBERG, LLC
110 East 59th Street, Suite 2300
New York, N.Y. 10022
jon@norinsberglaw.com
(212) 227-5700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____10/08/2024_____           _____/S/ V. BRAHIMI_____
                                     *Signature of Clerk or Deputy Clerk*